UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JAMES W. HEALY, AS TRUSTEE OF THE JAMES W. HEALY REVOCABLE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN ELECTRIC CO., INC.,<br><br>Defendant.<br><br>FRANKLIN FUELING SYSTEMS, INC.<br><br>Intervening Plaintiff,<br><br>v.<br><br>JAMES W. HEALY,<br><br>Defendant in Intervention. | Civil Action No. 1:08-CV-503-PB |

## AGREED ORDER OF DISMISSAL

The Court having considered the parties' Stipulation To Dismiss (Doc. No. 84), IT IS HEREBY ORDERED that this case is dismissed with prejudice, with all parties to bear their own costs and attorneys' fees.

SO ORDERED this __29__ day of __June__, 2011.

/s/ Paul Barbadoro
Hon. Paul J. Barbadoro
United States District Judge

cc: Counsel of Record